DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID GRIFFITH OSBORNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GRIFFITH OSBORNE,<br><br>Defendant. | NO. CR-S-12-153 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: June 8, 2012<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, DAVID GRIFFITH OSBORNE, that the status conference hearing date of Friday, May 25, 2012, be vacated and a new status conference hearing date of Friday, June 8, 2012, at 9:00 a.m., be set.

The reason for this continuance is because extensive discovery was recently received from the government in this matter, and defense counsel needs additional time to review the discovery and consult with the client.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this order, May 23, 2012, through and including June 8, 2012, pursuant to 18 U.S.C.

///

///

§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: May 23, 2012

                                             Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             */s/ Matthew C. Bockmon*
                                             MATTHEW C. BOCKMON
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             DAVID GRIFFITH OSBORNE

Dated: May 23, 2012                        BENJAMIN B. WAGNER
                                             United States Attorney

                                             */s/ Matthew C. Bockmon for*
                                             MICHELLE RODRIGUEZ
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 23, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, May 25, 2012, be vacated and that the case be set for **Friday, June 8, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 23, 2012, through and including June 8, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: May 23, 2012

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge

1