1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   DAVID GRIFFITH OSBORNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-12-153 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| DAVID GRIFFITH OSBORNE, | ) | |
| Defendant. | ) | Date: July 6, 2012<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, DAVID GRIFFITH OSBORNE, that the status conference hearing date of Friday, June 8, 2012, be vacated and a new status conference hearing date of Friday, July 6, 2012, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to review discovery with the client, continue investigating the facts of the case, and for meetings between parties with the goal being to resolve the case by way of disposition.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this order, June 7, 2012, through and including July 6, 2012, pursuant to 18 U.S.C.

///

///

§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: June 7, 2012

                                         Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         */s/ Matthew C. Bockmon*
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         DAVID GRIFFITH OSBORNE

Dated: June 7, 2012                        BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Matthew C. Bockmon for*
                                         MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 8, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, June 8, 2012, be vacated and that the case be set for **Friday, July 6, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, June 7, 2012, through and including July 6, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: June 8, 2012

                                                       GARLAND E. BURRELL, JR.
                                                     United States District Judge