DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID GRIFFITH OSBORNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID GRIFFITH OSBORNE,<br><br>Defendant. | NO. CR-S-12-153 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: December 21, 2012<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, DAVID GRIFFITH OSBORNE, that the status conference hearing date of Friday, October 12, 2012, be vacated and a new status conference hearing date of Friday, December 21, 2012, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to review discovery with the client, continue investigating the facts of the case, and for meetings between parties with the goal being to resolve the case by way of disposition.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of this order, October 11, 2012, through and including December 21, 2012, pursuant to 18 U.S.C.

/ / /

/ / /

§3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated: October 11, 2012

                                               Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Defender

                                               */s/ Matthew C. Bockmon*
                                               MATTHEW C. BOCKMON
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               DAVID GRIFFITH OSBORNE

Dated: October 11, 2012                  BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Matthew C. Bockmon for*
                                               MICHELLE RODRIGUEZ
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on October 11, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, October 12, 2012 be vacated and that the case be set for **Friday, December 21, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, October 11, 2012, through and including December 21, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv), [reasonable time to prepare] and Local Code T4.

Dated: October 11, 2012

                                                 GARLAND E. BURRELL, JR.
                                                 Senior United States District Judge

1